# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA LOUISE ROBERTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTIM RIGHT PROGRAM et al.,<br><br>　　　　Defendants. | Case No. 18-cv-0095 DMS (NLS)<br><br>**ORDER (1) GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND (2) DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILING TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(ii)** |

　　　　Plaintiff Tina Louise Roberts, a nonprisoner proceeding *pro se*, filed a Complaint against Defendants Victim Right Program, Micheal P. Sherbondy, Paul Oh, William M. Hernandez, Nathani I. Janning, Jeremy A. Margolis, Marco L. Perez Marco, James W. Hankel, Nathan S. Rustvold, Carlos Munoz, Dorinda K. Dodd, Benjamin A. Hall, Brooke Lawson, Elizabeth J. Ortiz, Loria Black, Ida T. Soliven, and Richard G. Freeman.  Plaintiff has not paid the $400 civil filing fee required to commence this action, but rather, has filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

**A.　Motion to Proceed IFP**

　　　　Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of

a suit without prepayment of fees if plaintiffs submit an affidavit, including a statement of all their assets, showing that they are unable to pay filing fees. *See* 28 U.S.C. § 1915(a).  Here, Plaintiff has submitted an affidavit sufficiently showing that she lacks the financial resources to pay filing fees.  Accordingly, Plaintiff's motion to proceed IFP is granted.

**B.     *Sua Sponte* Screening**

Any complaint filed pursuant to the IFP provisions of 28 U.S.C. § 1915(a), is subject to a mandatory and *sua sponte* review and dismissal by the Court, if it finds the Complaint is "frivolous, malicious, failing to state a claim upon which relief may be granted, or seeking monetary relief from a defendant immune from such relief." 28 U.S.C. § 1915(e)(2)(B); *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners.").

As currently pleaded, Plaintiff's Complaint is subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii) because it fails to state a claim upon which relief may be granted.  The Complaint is comprised of a single unintelligible paragraph that fails to allege any legal basis under which Plaintiff is entitled to relief.  The allegations in the Complaint are insufficient to put Defendants on notice of the claims against them, as required by Federal Rule of Civil Procedure 8.  Moreover, the Complaint also fails to allege a basis for federal court subject matter jurisdiction. Accordingly, the Court *sua sponte* dismisses the Complaint.  The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated:  January 22, 2018

_____
Hon. Dana M. Sabraw
United States District Judge